UNITED STATES DISTRICT COURT
CONNECTICUT DISTRICT: SECOND
CIRCUIT

MASCARI BROS., INC. AND
ESPERANZA RV PRODUCE, INC.

                PLAINTIFFS,

      Against-        SUMMONS IN A CIVIL CASE

ANTONIO COLLADO, CHAMPION    306CV01874 AHN
FOODS, INC. AND BOZZUTO'S,
INC.

                DEFENDANTS,

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the court to evaluate possible disqualifications or recusal, the undersigned counsel of records for Plaintiff, certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

None

Dated:  November 16, 2006

Respectfully submitted,


By: _____
    Leslie Marcarelli-Naizby, Esq.
    Attorney for Plaintiff
    652 Boston Post Road, #12
    Guilford, CT 06437
    Fed Bar #:  ct 16277
    Phone 203-458-6100
    Fax 203-458-6300