UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2007 MAY -9 A 10: 37

MASCARI BROS., INC. ET AL

ESPERANZA RV PRODUCE, INC.

CASE NUMBER: 3:06cv1874 (AHN)

ANTONIO COLLADO, CHAMPION
FOODS, INC. AND BOZZUTO'S,     CIVIL JUDGMENT
INC.

## STIPULATION AND ORDER

## CONSENT TO SETTLEMENT AND STIPULATION TO JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Mascari Bros., Inc. and Esperanza RV Produce, Inc. and Defendant, Bozzuto's Inc., that the within action is settled as between these parties upon the following terms and conditions.

1. Defendant Bozzuto's Inc., has agreed to pay, and Plaintiffs have agreed to accept, the amount of Thirty Two Thousand Five Hundred Dollars and 00/100 ($32,500.00), as settlement in full against the Defendant Bozzuto's Inc.

2. Said Settlement will be paid to the Attorney for the Plaintiff within thirty days from the entry of this order. Plaintiff's attorney will hold said funds in escrow until a withdrawal and releases with indemnification language as to Bozzuto's Inc., are executed and delivered to Bozzuto's attorneys.

3. Plaintiffs will hold the Settlement funds in escrow until publication of legal notice in the PACA trade publication and the time period for presentation of said claims as set by this court expires.

4. In the event that said payment is not made within 30 days of the entry of this Stipulation and Order, Plaintiffs' attorney shall notify Defendant's attorney and Defendant will have an additional 5 days to pay. In the event Defendant Bozzuto's fails to cure within said period, this document shall be construed as a consent to enter judgment for the full amount claimed in the Complaint of Sixty Two Thousand Eight Hundred and Fifty Nine Dollars and Eighty Seven Cents ($62,859.87), against Defendant Bozzuto's Inc. and will become an order of judgment by the court.

Plaintiffs, Mascari Bros., Inc. And
Esperanza RV Produce, Inc.

_____
Leslie Marcarelli-Naizby, Esq.
Fed. Bar No. Ct. 16277
Marcarelli-Naizby Law Firm
652 Boston Post Road, Unit 12
Guildford, Ct. 06437
Telephone: 203-458-6100
Facsimile: 203-458-6300
Date: 5 . 3 . 07.

Defendant, Bozzuto's Inc.

_____
Sean D. Murphy, Esq.
Fed. Bar No. ct 20788
Law Offices of Sean D. Murphy, LLC
475 South Main St. Suite 6
Cheshire, CT 06410
Phone: 203-271-1000
Facsimile: 203-271-1010
Date 5/3/07

Date: _____

The above Stipulation having been approved and "SO ORDERED" by the Court shall constitute an order of this court and shall be enforceable as same against the parties. The time in which PACA claimants have to make any claim with regard to any funds held in trust by Bozzuto's Inc. shall expire on the _____ day of _____, 2007.

Dated the 18 day of May, 2007, at Bridgeport, Ct.

SO ORDERED:

Alan J. Nevas, USDJ

F:\DOCS\CIVIL\BOZZUTO\Mascari Brothers\Stipulation.wpd