UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MASCARI BROS., INC. ET AL<br>ESPERANZA RV PRODUCE, INC. | CASE NUMBER: 3:06cv1874 (AHN) |
| v. | |
| ANTONIO COLLADO, CHAMPION<br>FOODS, INC. AND BOZZUTO'S,<br>INC. | AUGUST 10, 2007 |

## MOTION FOR JUDGMENT AS PER THE CORRECTED STIPULATION TO JUDGMENT AS TO DEFENDANT COLLLADO AND STIPULATION OF JUDGEMENT AS TO DEFENDANT CHAMPION FOODS, INC.

In the above entitled action, the Plaintiff, respectfully represents that the Defendants, Antonio Collado and Champion Foods, Inc., reached an agreement which has been reduced to writing and is attached hereto. This agreement reflects a correction as to the original agreement filed with the court, which contained a typographical error as to Defendant, Collado, and also now includes Defendant, Champion Foods, Inc.

Plaintiff has been unable to obtain a signed original from the Defendants, despite numerous requests and puts forth the attached, which was faxed from Mr. Collado's New York counsel. Further, Defendant, Collado, has now made his first payment in the amount of $3,000.00 to further evidence his intent to settle the matter in accordance with the agreement (the original check for $3,000.00 was returned for insufficient funds but was later replaced by a bank check see attached). Plaintiff asks that the court accept the attached agreement and enter judgment accordingly.

ATTORNEY FOR THE PLAINTIFF

_____
Leslie Marcarelli-Naizby, Esq.
Fed. Bar No. ct 16277

## ORDER

The foregoing Motion having been presented to the Court, it is hereby ORDERED: GRANTED / DENIED.

BY THE COURT

_____

JUDGE / CLERK

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed US mail on this 10th day of August 2007, to all pro se parties and/or counsel of record:

Sean D. Murphy, Esq.
Law Offices of Sean D. Murphy, LLC
475 South Main St. Suite 6
Cheshire, CT  06410

Stanley J. Somer, Esq.
Somer & Heller, LLP
2171 Jericho Turnpike, Suite 350
Commack, NY  11725

Arthur A. Hirshler, Esq.
Finkel Goldstein, Rosenbloom & Nash, LLP
26 Broadway-Suite 711
New York, New York  10004
1-212-422-6836

Leslie Marcarelli-Naizby, Esq.
Fed. Bar No. ct 16277
Marcarelli-Naizby Law Firm
652 Boston Post Road, Unit 12
Guilford, CT  06437
Telephone: 203-458-6100
Facsimile: 203-458-6300

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MASCARI BROS., INC. ET AL

ESPERANZA RV PRODUCE, INC.

CASE NUMBER: 3:06cv1874 (AHN)

ANTONIO COLLADO, CHAMPION

FOODS, INC. AND BOZZUTO'S,     CIVIL JUDGMENT

INC.

## STIPULATION AND ORDER

## CONSENT TO SETTLEMENT AND STIPULATION TO JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Mascari Bros., Inc. and Esperanza RV Produce, Inc. and Defendants, Antonio Collado and Champion Foods, Inc., that the within action is settled as between these parties upon the following terms and conditions.

1. Defendants, Antonio Collado and Champion Foods, Inc., have agreed to pay, and Plaintiffs have agreed to accept, the sum of Twenty Thousand Dollars and 00/100 ($20,000.00), as settlement in full against the Defendants, Antonio Collado and Champion Foods, Inc..

2. Said Settlement will be paid to the Attorney for the Plaintiff as follows:
Three thousand Dollars and 00/100 ($3,000.) in good funds to be paid at the signing of this motion and then payments of One Thousand Dollars and 00/100 ($1,000.) per month until payment in full, payments are to commence October 1, 2007.

Plaintiffs, Mascari Bros., Inc. And
Esperanza RV Produce, Inc.

_____
Leslie Marcarelli-Naizby, Esq.
Fed. Bar No. Ct. 16277
Marcarelli-Naizby Law Firm
652 Boston Post Road, Unit 12
Guildford, Ct. 06437
Telephone: 203-458-6100
Facsimile: 203-458-6300
Date: _____

Defendant, Antonio Collado appearing PRO SE and As OFFICER FOR CHAMPION FOODS, INC.

*Antonio Collado*

Antonio Collado
5346 254th Street
Little Neck New York, New York, 11362

Date July 18, 2007

The above Stipulation having been approved and "SO ORDERED" by the Court shall constitute an order of this court and shall be enforceable as same against the parties.

Dated the _____ day of _____, 2007, at Bridgeport, Ct.

SO ORDERED:

_____

Alan J. Nevas, J.S.C.



*Law Offices of*
# FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP
*26 Broadway-Ste. 711*
*New York, NY 10004*
*Tel. (212) 344-2929-- Fax (212) 422-6836*

## TELECOPY COVER PAGE

Please deliver the following pages

**TO:** Anthony Collado

**FROM:** Arthur A. Hirschler, Esq.

**RE:** **Mascari Bros. and Esperanza RV Produce Inc. v. Antonio Collado, Champion Foods, Inc., et al.**

**DATE:** June 6, 2007

**SENT TO TELECOPIER NUMBER:** (718) 476-8976

**NUMBER OF PAGES SENT:** (including this cover sheet)

Regarding the bounced $3,000 check, I spoke with the attorney and she wants you to mail her a bank or certified check on Friday instead of a wire transfer. Accordingly, please send a bank or certified check for $3,000 payable to Marcarelli-Naizby Law Firm directly to Leslie Marcarelli-Naizby, Esq. at 652 Boston Post Road, Unit 12, Guildford, CT 06437.

Also, fax a copy the check to me for the file. Contact me if you have any questions.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information, and attachments, if any, that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and we will make arrangements to have the original message and attachments, returned to us at no cost to you.

ORIGINAL WILL NOT FOLLOW

MARCARELLI-NAIZBY LAW FIRM
ATTN:LESLIE MARCARELLI-NAIZBY
652 Boston Post Road, Unit 12
Guilford, CT 06437
E-MAIL: leslie@marcarelli-naizby.com
TELEPHONE: 203-458-6100/Toll free: 1-866-284-3578

# *Payment Activity Report*

**For Claim: 9149394965.001**

ANTONIO COLLADO
,

Client: COURT - COURT RECOVERY SERVICE,LLC

| Date | Type | Activity | Amount |
|---|---|---|---|
| 05/30/2007 | PMT | Local Check [Reversed] | 3,000.00 |
| 05/30/2007 | PMT | Reverse Pmt [Reversal] | -3,000.00 |
| 06/17/2007 | PMT | Cashiers Check | 3,000.00 |

**COUNT:** 3