UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MASCARI BROTHERS, INC.,
ESPERANZA RV PRODUCE INC.

    v                                      3:06cv1874 (AHN)

ANTONIO COLLADO
CHAMPION FOODS, INC.
BOZZUTO'S, INC.

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of plaintiffs' motion for judgment as to the corrected stipulation of settlement between the plaintiffs and the defendants Antonio Collado and Champion Foods, Inc.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 7, 2007, approved the corrected stipulation of settlement and granted the motion for judgment. On May 9, 2007, the stipulation of settlement between plaintiffs and defendant Bozzuto's, Inc. was approved.

Therefore, it is ORDERED and ADJUDGED that the action has been settled by all the parties and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of September 2007.

KEVIN F. ROWE, Clerk

By __/s/ Alice Montz_____
        Deputy Clerk